IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-11-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRADLEY JAMES TURCOTTE, | |
| Defendant. | |

On October 11, 2024, Defendant Bradley James Turcotte appeared before the Court for a detention hearing. Following the hearing, the Court ordered Turcotte released pending notification that he has secured a bed date at Recovery Centers of Montana. As discussed in open court,

IT IS ORDERED that the Federal Defenders of Montana shall notify the Court prior to Turcotte's release from Recovery Centers of Montana so that the Court can schedule a hearing to address the issue of his continued release.

DATED this 11th day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1