IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  24–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRADLEY JAMES TURCOTTE, | |
| Defendant. | |

A motion to dismiss having been filed (Doc. 113),

IT IS ORDERED that the Government shall respond to Defendant's motion to dismiss on or before May 15, 2025. Defendant may file an optional reply brief on or before May 20, 2025.

DATED this 8th day of May, 2025.

Dana L. Christensen, District Judge
United States District Court

1